**UNITED STATES DISTRICT COURT**

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER EDUARDO SANCHEZ,<br><br>Plaintiff,<br><br>v.<br><br>FELIPE FERNANDEZ, et al.,<br><br>Defendants. | Case No. 1:25-cv-01061-KES-SAB<br><br>ORDER TRANSFERRING CASE TO THE SACRAMENTO DIVISION OF THE EASTERN DISTRICT OF CALIFORNIA |

On August 22, 2025, Plaintiff Christopher Eduardo Sanchez, proceeding pro se, filed this civil action against Defendants Felipe Fernandez and the California Highway Patrol. (ECF No. 1.) Plaintiff filed an application to proceed in forma pauperis on August 25, 2025. (ECF No. 2.)

Plaintiff's complaint alleges violations of his constitutional rights arising from a motor vehicle collision that occurred in Stanislaus County, which is part of the Sacramento Division of the United States District Court for the Eastern District of California. Plaintiff also alleges Defendant Felipe Fernandez resides in Stanislaus County. Therefore, the complaint should have been filed in the Sacramento Division.

Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper court may, on the court's own motion, be transferred to the proper court. This action will be transferred to the Sacramento Division. As such, this Court will not rule on Plaintiff's request to proceed in forma pauperis. (ECF No. 2.)

Accordingly, IT IS HEREBY ORDERED that:

1. This action is transferred to the United States District Court for the Eastern District of California sitting in Sacramento;

2. All future filings shall refer to the new Sacramento case number assigned and shall be filed at:

>   United States District Court
>   Eastern District of California
>   501 "I" Street, Suite 4-200
>   Sacramento, CA 95814

3. This Court has not ruled on Plaintiff's request to proceed *in forma pauperis* (ECF No. 2), and such motion remains pending.

IT IS SO ORDERED.

Dated:   **August 26, 2025**

STANLEY A. BOONE
United States Magistrate Judge

2